1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9

| | |
|---|---|
| GREGORY KUHN, | CV F- 02-5925 REC DLB P |
| Plaintiff, | ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR CONTINUANCE OF TRIAL |
| v. | |
| DR. SALAMA, et al., | ORDER DIRECTING PLAINTIFF TO ADVISE COURT OF PREFERRED TRIAL DATE |
| Defendants. | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        On July 15, 2005, Defendants filed an ex parte request for order shortening time to request a continuance of the trial presently scheduled to begin on July 26, 2005, on the grounds of the temporary incapacity of defendant Isabel Ruff.  Defendants represent that defendant Ruff was required to undergo surgery and as a consequence is incapacitated and absent from work; expected to remain so for the next several weeks; is receiving a debilitating regimen of narcotic analgesics to which she is particularly sensitive (rendering her mentally sluggish and somewhat narcoleptic); and is under her doctor's orders not to drive, and to avoid participation in this trial as presently scheduled.

        The Court finds that Defendants have presented good cause for the request and that manifest injustice would result if the trial were to continue as scheduled without defendant Ruff's participation.  Defendants' application for order shortening time is therefore GRANTED.  Based on

1  the temporary incapacity of defendant Ruff, the trial currently scheduled to begin July 26, 2005 is

2  HEREBY VACATED.  The Clerk of the Court is ORDERED to deliver this order directly to the

3  Litigation Coordinator at Corcoran State Prison.  The Litigation Coordinator is requested to deliver

4  this order directly to plaintiff.  The Court's available dates for trial are: September 20, 2005,

5  September 27, 2005 and October 11, 2005.  Plaintiff is DIRECTED to notify the Court within 10

6  days of this Order which of these dates he prefers.  The Court will thereafter confirm the trial date

7  and reissue summons for plaintiff's witnesses Officer LaTraille and Radiologist John Williams.

8       The Order and Writ of Habeas Corpus Ad Testificandum issued May 10, 2005 ordering the

9  transportation of plaintiff to this Court for trial and the Order and Writ of Habeas Corpus Ad

10 Testificandum issued May 11, 2005 ordering the transportation of Jason Abbott to this Court for trial

11 are HEREBY CANCELLED.  The Court will issue new writs when the new trial date is confirmed.

12   IT IS SO ORDERED.

13 **Dated:    July 18, 2005**              _____/s/ Dennis L. Beck_____
   3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28