UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KUHN,<br><br>            Plaintiff,<br><br>     v.<br><br>DR. SALAMA, et al.,<br><br>            Defendants. | 1: 02 CV F-5925 DLB P<br><br>ORDER SETTING TRIAL AND GRANTING PLAINTIFF'S REQUEST FOR TRIAL CONFIRMATION HEARING<br><br>**Jury Trial: September 20, 2005 at 9:00 a.m. in Courtroom 5 before the Honorable Magistrate Judge Dennis L. Beck**<br><br>**Telephonic Trial Confirmation Hearing: August 26, 2005 at 2:00 p.m. in Courtroom 5 before the Honorable Magistrate Judge Dennis L. Beck** |

On July 15, 2005, Defendants filed an ex parte request for order shortening time to request a continuance of the trial which was scheduled to begin on July 26, 2005, on the grounds of the temporary incapacity of defendant Isabel Ruff. The Court granted defendants' request and ordered plaintiff to advise the Court of his preferred trial date. On July 26, 2005, plaintiff notified the Court that September 20, 2005 was his preferred date. Plaintiff also requested an additional trial confirmation hearing. Plaintiff's request is HEREBY GRANTED as follows:

   1.   A telephonic trial confirmation hearing is HEREBY scheduled for August 26, 2005 at

1  2:00 p.m. in Courtroom 5 before the undersigned.  Counsel for Defendants is required
2  to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing
3  and to initiate the telephonic hearing at (559) 498-7538.
4  2.  The Jury Trial is set for September 20, 2005 at 9:00 a.m. in Courtroom 5 before the
5  undersigned.
6  3.  The Clerk of Court is directed to reissue the subpoenas to Officer LaTraille and
7  Radiologist Williams and direct the Marshal to initiate service.
8  4.  The Court will reissue the appropriate writs for plaintiff and his witness Jason Abbott
9  P-22987 to be transported to Court for trial.
10 5.  It is not necessary for the parties to re-submit their motions in limine, trial briefs,
11 exhibits, jury instructions, or proposed voir dire.

IT IS SO ORDERED.

**Dated:   July 29, 2005**           **/s/ Dennis L. Beck**
3c0hj8                                UNITED STATES MAGISTRATE JUDGE