IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KUHN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SALAMA, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:02-CV-05925-DLB-P<br><br>ORDER VACATING ORDER OF AUGUST 12, 2005 (Doc #115)<br><br>ORDER DIRECTING SERVICE OF SUBPOENAS BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br><u>AS TO</u>　<u>Correctional Officer LaTraille</u><br><u>AND</u>　　<u>John Williams</u><br>　　　　<u>(Radiologic Technologist)</u> |

　　　　Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　The court previously ordered plaintiff to provide information for service of subpoenas on form USM-285, a completed subpoena for each witness being commanded to appear, and a money order made payable to each witness as required for payment of witness fees and mileage.  Plaintiff submitted the required papers.  On May 11, 2005, the court forwarded to the United States Marshal documents for serving on Correctional Officer LaTraille and Mr. Williams (Radiologic Technologist), together with the following money orders:

　　　　　　(1)　　One money order #08-321562111 in the amount of $93.00, made payable

           to LaTraille; and

(2)    one money order #07979156886 in the amount of $96.25 made payable to Mr. Williams.

Due to the fact the previous trial date was postponed, the U. S. Marshal was notified to cease service until a new trial date was established.  On July 29, 2005, the court issued an order continuing the trial date to September 20, 2005.  The money order for witness LaTraille was returned to the court by the United States Marshal.  The money order for witness Williams has not been returned to the court.

On August 12, 2005, the court issued another order for the United States Marshal to serve subpoenas on witnesses LaTraille and Williams.  However, the August 12, 2005 order was premature and therefore is vacated at this time.  Service of the subpoenas shall go forward by the present order.

Accordingly, IT IS HEREBY ORDERED that:

1.    The order of August 12, 2005, is hereby vacated;

2.    The Clerk of the Court is directed to forward the following documents to the United States Marshal:

(1)    Two completed and issued subpoenas for appearance in court on **September 20, 2005,** to be served on witnesses, Correctional Officer LaTraille and John Williams (Senior Radiologic Technologist) ;

(2)    Two completed USM-285 forms;

(3)    One money order  #08-321562111 in the amount of $93.00 made payable to LaTraille.

(4)    One copy of this order for each witness, plus an extra copy for the Marshal.

      3.      Within fifteen days from the date of this order, the United States Marshal is directed to serve the subpoena and money order on Correctional Officer LaTraille and the subpoena on John Willams (Senior Radiologic Technologist), in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

      4.      The U.S. Marshal is directed to retain the subpoena in their file for future use.

      5.      The United States Marshal shall personally serve process and a copy of this order upon Correctional Officer LaTraille and John Williams (Senior Radiologic Technologist) pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

      6.      Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

Dated:   August 17, 2005            /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE