1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  GREGORY KUHN,                          1:02-CV-05925-DLB-P

11          Plaintiff,

12      vs.                               ORDER DIRECTING SERVICE OF
                                          SUBPOENAS BY THE UNITED
13  SALAMA, et al.,_____       STATES MARSHAL WITHOUT
                                          PREPAYMENT OF COSTS
14
          Defendants.      _____         As To Jason Abbott P-22987
15  _____/   _____

16          Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.

17          Accordingly, IT IS HEREBY ORDERED that:

18          1.  The Clerk of the Court is directed to forward the following documents to the

19  United States Marshal:

20                  (1)     One completed and issued subpoena for appearance in court on

21                  **September 20, 2005,** to be served on witness, Jason Abbott;

22                  (2)     One completed USM-285 forms;

23                  (3)     One copy of this order for the witness, plus an extra copy for the

24                          Marshal.

25          2.  Within fifteen days from the date of this order, the United States Marshal is

26

1

1   directed to serve the subpoena on Jason Abbott in accordance with the provisions of Rule 45 of

2   the Federal Rules of Civil Procedure

3          3.  The U.S. Marshal is directed to retain the subpoena in their file for future use.

4          4.  The United States Marshal shall personally serve process and a copy of this

5   order upon Jason Abbott  #P-22987 pursuant to Rule 45 of the Federal Rules of Civil Procedure

6   and 28 U.S.C.  § 566(c) and shall command all necessary assistance from the California

7   Department of Corrections (CDC) to execute this order.  The United States Marshal shall

8   maintain the confidentiality of all information provided by the CDC pursuant to this order.

9          5.  Within ten days after personal service is effected, the United States Marshal

10  shall file the return of service, along with the costs subsequently incurred in effecting service.

11  Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the

12  Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-

13  285 forms, if required.

14

15     IT IS SO ORDERED.

16     **Dated:   August 23, 2005**              **/s/ Dennis L. Beck**
       3c0hj8                                UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26