UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KUHN,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. SALAMA, et al.,<br><br>        Defendants. | 1: 02 CV F-5925 DLB P<br><br>ORDER SETTING TRIAL DATE<br><br>**Jury Trial: November 29, 2005 at 9:00 a.m. in Courtroom 5 before the Honorable Magistrate Judge Dennis L. Beck** |

        On August 27, 2005, the Court held a telephonic trail confirmation hearing. Attorney Gary Binkerd appeared on behalf of defendants and plaintiff appeared pro se.

        At the trial confirmation hearing the Court determined that it was necessary to continue the trial date. Accordingly, the Court orders as follows:

        1.    The Jury Trial is continued to November 29, 2005 at 9:00 a.m. in Courtroom 5 before the undersigned.

        2.    Defendants shall ensure that Officers LaTraille, Delk and Radiologist Williams are present for trial to be called as witnesses by plaintiff.

        3.    The Court will reissue the appropriate writs/subpoenas for plaintiff and his witness Jason Abbott P-22987 to be transported to Court for trial.

4. Plaintiff may call himself as a witness;

5. Plaintiff may call Dr. Smith as a witness, however, plaintiff will be required to submit the appropriate information and fees for subpeoning this witness.

6. It is not necessary for the parties to re-submit their motions in limine, trial briefs, exhibits, jury instructions, or proposed voir dire.

IT IS SO ORDERED.

Dated: September 1, 2005                    /s/ Dennis L. Beck
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE