IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KUHN, | 1:02-CV-05925-DLB-P |
| Plaintiff, | ORDER VACATING SUBPOENA COMMANDING JASON ABBOTT TO APPEAR AT COURT ON SEPTEMBER 20, 2005 |
| vs. | ORDER DIRECTING SERVICE OF NEW SUBPOENA BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| SALAMA, et al., | |
| Defendants. | As To Jason Abbott P-22987 To appear on November 29, 2005 |

Plaintiff Gregory Kuhn ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 22, 2005, the court issued a subpoena commanding Jason Abbott to appear in the United States District Court to testify at trial in this action on September 20, 2005. On August 24, 2005, the court ordered the United States Marshal to serve the subpoena on Jason Abbott.

On August 26, 2005, the trial in this action was continued from September 20, 2005, to November 29, 2005. Therefore, the subpoena commanding Jason Abbott to appear on

1

September 20, 2005, shall be vacated, and a new subpoena shall be issued and served, commanding Jason Abbott to appear at the trial on November 29, 2005.

Accordingly, IT IS ORDERED that:

1. The subpoena issued on August 22, 2005, commanding Jason Abbott to appear in the United States District Court to testify at trial in this action on September 20, 2005, is VACATED;

2. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued subpoena for appearance in court on **November 29, 2005,** to be served on witness, Jason Abbott;

    (2) One completed USM-285 forms;

    (3) One copy of this order for the witness, plus an extra copy for the Marshal.

3. Within ten days from the date of this order, the United States Marshal is directed to serve the subpoena on Jason Abbott in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

4. The U.S. Marshal is directed to retain the subpoena in their file for future use.

5. The United States Marshal shall personally serve the subpoena and a copy of this order upon Jason Abbott  #P-22987 pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order.  The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

6. Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

7. The Clerk of Court is directed to serve a copy of this order on Jason Abbott, #P-22987, Calipatria State Prison, P. O. Box 5001, Calipatria, California   92233.

IT IS SO ORDERED.

Dated:   **September 6, 2005**                            **/s/ Dennis L. Beck**
3c0hj8                                                             UNITED STATES MAGISTRATE JUDGE