UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY KUHN, | ) | 1:02-CV-05925-DLB-P |
| Plaintiff, | ) | |
| | ) | ORDER VACATING AUGUST 3, 2005 ORDER AND |
| v. | ) | WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| | ) | AS TO JASON ABBOTT |
| DR. SALAMA, et al., | ) | |
| | ) | (DOCUMENT #109) |
| Defendants. | ) | |
| | ) | As to Jason Abbott  #P-22987 |

Plaintiff Gregory Kuhn("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 3, 2005, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport Jason Abbott, witness for Plaintiff, commanding the Warden of Calipatria State Prison to produce California prisoner Jason Abbott #P-22987 in this court on September 20, 2005, to testify at trial in this action.

On August 26, 2005, the trial in this action was continued from September 20, 2005, to November 29, 2005.  Furthermore, the court has received notice that Jason Abbott is due to be paroled on September 18, 2005.  As a result of his parole, Jason Abbott will not be in the custody

1  of the Warden of Calipatria State Prison on the date of trial.  Therefore, the court's order directing the
2  Warden to transport Jason Abbott to trial shall be vacated.  Accordingly, IT IS ORDERED that the
3  court's order of August 3, 2005, ordering that a Writ of Habeas Corpus ad Testificandum issue, and
4  the Writ of Habeas Corpus ad Testificandum issued on August 3, 2005, commanding the production
5  of inmate Jason Abbott, BE VACATED.
6        IT IS SO ORDERED.
7        Dated:   September 6, 2005                          /s/ Dennis L. Beck
   3c0hj8                                            UNITED STATES MAGISTRATE JUDGE
8