UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KUHN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. SALAMA, et al.,<br><br>　　　　Defendants. | 1:02-CV-05925-DLB-P<br><br>ORDER VACATING AUGUST 3, 2005 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO GREGORY KUHN<br><br>(DOCUMENT #110)<br><br><u>As to Gregory Kuhn, #J-13530</u> |

　　　　Plaintiff Gregory Kuhn("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 3, 2005, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport Plaintiff, commanding the Warden of Corcoran State Prison to produce California prisoner Gregory Kuhn #J-13530 in this court on September 20, 2005, to testify at trial in this action.

　　　　On August 26, 2005, the trial in this action was continued from September 20, 2005, to November 29, 2005.  Accordingly, due to the change of trial date, IT IS ORDERED that the court's order of August 3, 2005, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on August 3, 2005, commanding the production of inmate Gregory Kuhn, BE VACATED.  A new writ shall be issued for the new trial date.

　　　　IT IS SO ORDERED.

　　**Dated:　September 6, 2005**　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1