IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KUHN,<br><br>            Plaintiff,<br><br>    vs.<br><br>SALAMA, et al.,<br><br>            Defendants.<br>_____ / | 1:02-CV-05925-DLB-P<br><br>ORDER VACATING SUBPOENA COMMANDING JASON ABBOTT TO APPEAR AT COURT ON NOVEMBER 29, 2005<br><br>As To Jason Abbott P-22987 |

       Plaintiff Gregory Kuhn ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

       On September 6, 2005, the court issued a subpoena commanding Jason Abbott to appear in the United States District Court to testify at trial in this action on November 29, 2005. Also on September 6, 2005, the court ordered the United States Marshal to serve the subpoena on Jason Abbott. On September 22, 2005, the Marshal filed a return of service with the court, showing that Jason Abbott had been served with the subpoena at Calipatria State Prison on September 16, 2005.

       On November 18, 2005, this action was settled by the parties. The November 29, 2005 trial shall be vacated. Therefore, the subpoena commanding Jason Abbott to appear on

November 29, 2005, shall be vacated.

        Accordingly, IT IS ORDERED that:

1. The subpoena issued on November 6, 2005, commanding Jason Abbott to appear in the United States District Court to testify at trial in this action on November 29, 2005, is VACATED;

2. The Clerk of the Court is DIRECTED to serve a copy of this order on the United States Marshal in Fresno; and

3. The Clerk of the Court is DIRECTED to serve a copy of this order on Jason Abbott at his last known address, as follows:

    Jason Abbott  #P-22987
    Calipatria State Prison
    P. O. Box 5001
    Calipatria, California   92233

IT IS SO ORDERED.

**Dated:   November 22, 2005**            **/s/ Dennis L. Beck**
3c0hj8                                             UNITED STATES MAGISTRATE JUDGE