UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KUHN, <br><br> Plaintiff, <br><br> v. <br><br> DR. SALAMA, et al., <br><br> Defendants. | 1:02-CV-05925-DLB-P <br><br> ORDER VACATING SEPTEMBER 6, 2005 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO GREGORY KUHN'S PRODUCTION AT THE NOVEMBER 29, 2005 TRIAL <br><br> (DOCUMENT #124) <br><br> As to Gregory Kuhn, #J-13530 |

Plaintiff Gregory Kuhn("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On September 6, 2005, the court issued an Order and Writ of Habeas Corpus ad Testificandum to transport Plaintiff, commanding the Warden of Corcoran State Prison to produce California prisoner Gregory Kuhn #J-13530 in this court on November 29, 2005, to testify at trial in this action.

On November 18, 2005, this action was settled by the parties. Therefore, the November 29, 2005 trial shall be vacated. Accordingly, due to the settlement of the case, IT IS HEREBY ORDERED that the court's Order of November 29, 2005, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on November 29, 2005, commanding the production of inmate Gregory Kuhn, BE VACATED.

IT IS SO ORDERED.

Dated:   November 22, 2005         /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE

1