# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KUHN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. SALAMA, et al.,<br><br>　　　　Defendants. | CV F- 02-5925 REC DLB P<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL<br>[DOCS 131 and 132] |

On January 3, 2006, the parties filed stipulations for voluntary dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Accordingly, this action is HEREBY DISMISSED, with prejudice pursuant to the terms of the stipulations filed on January 3, 2006 at Document Numbers 131 and 132. This action is hereby concluded in its entirety.

　IT IS SO ORDERED.

**Dated:**　February 22, 2006　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE